UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ronald Satish Emrit

    v.                                                                        Case No. 22-cv-517-LM

FNU LNU

## ORDER

The court has construed the "Notice of Appeal" liberally as stating the grounds upon which the plaintiff objects to the magistrate judge's Report and Recommendation. Upon due consideration of that objection, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 21, 2022.

The motions in limine (documents 5 and 6) are denied as moot.

Further, should Mr. Emrit wish to appeal this order, he shall file a new separate notice of appeal.

                                                                                _____
                                                                                Landya B. McCafferty
                                                                                United States District Judge

Date: March 6, 2023

cc: Ronald Satish Emrit, pro se